1  Name: James and Elizabeth Console Family
2  Address: 7574 Navigator Circle, Carlsbad, CA 92011
3  Telephone Phone: 760) 415-0830
4  Email: lizconsole@gmail.com

**FILED**

Aug 22 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ MariaF    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| James and Elizabeth Console Family,<br><br>Plaintiff(s),<br><br>v.<br><br>Anthony Mark Hartman, Private Placement Capital Notes II, LLC,<br><br>Defendant(s). | Case No.: **'22CV1237 DMS JLB**<br>(assigned at time of filing)<br><br>**COMPLAINT** |
|---|---|

**I.  RELATED CASES**

    a.  Do you have other Civil Case(s) in this or any other federal court?

        ☐ Yes    ☒ No

    b.  If yes, please list the case numbers here:

**II.  STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

Anthony Mark Hartman, Private Placement Capital Notes II, LLC (PPCN), initially received $110,000 in January 2011, and a total of $176,872 from our Retirement Account, as of 12/2014, the claim accrued on 04/21/2022 through the Receivership's clousure, we had been barred from any civil suits prior to that date. The money was initially transfered from our Vanguard Fund Retirement Account to Jacob K. Cooper, Total Wealth Management (TWM), and then invested by Mr. Cooper into a number of criminal enterprises including Mr. Hartman, PPCN II. All of these criminal entities were found to be stealing funds through a scheme to defraud, misrepresentation, wire fraud, mail fraud, conspiracy. The discovery was made through the SEC civil case, SEC vs TWM, that Mr. Cooper, was operating a Ponzi-like scheme, in concert with a number of bad actors and was shut down by the SEC, administrative law judge, Judge Brenda P. Murray.

Through the SEC civil trial and through the investigations by the SEC Special Agents and the court appointed Receiver, Thomas Seaman, there have been over a million pages of documents provided by these investigative bodies about the scheme to defraud. Tony Hartman was shown to be a co-conspirator of Jacob Cooper, and a partner of James T. Bramlette, and they worked in concert with each other and others to steal tens of millions of dollars from investors for years. These co-conspirators and their criminal enterprises were moving stolen funds across multiple states, in concert, yet have been fractured into separate cases by juristiction by the DOJ employees. This approch in handling these co-conspirators have given the criminals an unjust advantage, by not allowing the full scope of all their known criminal conduct to be presented at hearings, plea deals, sentencing and has also eliminated victims from restitution and from being heard in a number of the separated cases involving the offenders in this long running scheme.

Mr. Hartman has shown a pattern of breaking Federal Securities Laws, for years, and we are asking the court to look at the evidence and help bring justice to this case, and to our family. We are asking the court to look at the evidence and the fact that the Department of Justice employees have failed to bring justice in our case by the separate prosecutions of these co-conspirators including Mr. Hartman. If the DOJ employees had used the RICO Statute which is available to them through "The Principles of Federal Prosecution" when they were first alerted by the SEC and the FBI, to the number of separate criminal enterprises involved in this case, tens of millions of dollars of losses could have been mitigated.

We have a Promissory Note from Mr. Hartman that expired in 2016, we have reminded Mr. Hartman of his debt to us with a demand letter but got no reply.

**III.    RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

We are asking the court to bring justice to our family in our case aginst Mr. Hartman. We believe there should be compensatory damages as well as punitive damages awarded in our case in order to make us whole and given the many years of Tony Hartman's continuing criminal conduct and the tens of millions of dollars stolen through this scheme we believe punitive damages should be included as a deterrent to future illegal behaviour.

The total to compensate us would be the amount of loss in our personal retirement funds that Tony Hartman received through a scheme to defraud $176,872, and which would have grown to, if left in our Vanguard account and not stolen, as of 04/11/2022, a total of $739,293. We had two qualified, disconcerned professional financial companies do an assessment of the financial losses our Retirement Funds sustained through this long running scheme by Tony Hartman and his co-conspirators. The amount stated here in our complaint against Tony Hartman is only a percentage of our losses, the amount that Tony Hartman actually recieved from Mr. Cooper through his criminal enterprise and we feel he is both civilly and criminally liable for. Punitive damages would be triple the amount of damages under the RICO statute (18 U.S.C. section 1961), $2,217,878, which we believe would be appropriate in this case.

Total relief sought is $2,217,878.

3

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

8/21/22
Date

*(signature)*
Signature

James M. Console
Printed Name

4

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

_8/21/2022_  _Elizabeth K. Console_
Date             Signature

_Elizabeth K. Console_
Printed Name

4