UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES AND ELIZABETH CONSOLE FAMILY,<br><br>                              Plaintiff,<br><br>v.<br><br>ANTHONY MARK HARTMAN,<br><br>                              Defendant(s). | Case No.: 22-CV-1237-DMS-JLB<br><br>**ORDER DENYING MOTION TO SUBSTITUTE SERVICE ON ATTORNEY** |

The Court is in receipt of Plaintiff's motion for substitution of service on an attorney. Plaintiffs ask the Court to permit service on Mr. William Norman Nettles, whom Plaintiffs believe to be Defendant Anthony Mark Hartman's attorney in another matter. *See USA v. Bramlette et al.*, 19-cr-347 (D.S.C.). In support of this motion, Plaintiff's cite to Federal Rule of Civil Procedure 4(f)(3) and *BP Products North America, Inc. v. Dagra*, 232 F.R.D. 263, 265 (2005). Rule 4(f)(3) and *Dagra* both relate to service of a defendant who is presently, or is believed to be, international. However, based on Plaintiff's attempted service thus far (*see* ECF Nos. 3, 6), it appears the Defendant may live in Texas. Thus, both Rule 4(f)(3) and *Dagra* are inapplicable. Moreover, it is not clear to the Court that William Norman Nettles is currently representing Mr. Hartman. The criminal case where Mr. Hartman retained Mr. Nettles as counsel was terminated on February 25, 2022 under

a deferred prosecution agreement. *See Bramlette*, 19-cr-347 (ECF No. 209). The Court therefore **DENIES** Plaintiffs motion to substitute service on attorney without prejudice.

      **IT IS FURTHER ORDERED** that, in light of Plaintiff's efforts of continued service in this matter, the deadline to effect service in this matter is extended to April 14, 2023.

      **IT IS SO ORDERED.**

Dated: March 8, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court