```
James and Elizabeth Console
7574 Navigator Circle
Carlsbad, CA 92011
760) 415-0830
```

FILED
JUN 0 2 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James and Elizabeth Console Family,<br><br>    Plaintiff,<br><br>vs.<br><br>Anthony Mark Hartman; Private Placement Capital Notes, II, LLC,<br><br>    Defendant(s) | Case No.: No. 22cv1237-DMS-JLB<br><br>APPLICATION FOR DEFAULT JUDGMENT BY COURT<br><br>Hon. Dana M. Sabraw, Chief Judge<br>United States District Court |

TO ANTHONY MARK HARTMAN, PPCN NOTES II, LLC:

PLEASE TAKE NOTICE THAT on Friday July 21st, at 1:30 pm, this matter will be heard by the above-entitled Court, James M. Carter and Judith N. Keep, United States Courthouse, Courtroom: 13A, (13th Flr) 333 West Broadway, San Diego, California 92101, plaintiff will present its application for a default judgment against defendant. The clerk has previously entered the default of said defendant on May 8th, 2023.

At the time and place of hearing, plaintiff will present proof of the following matters:

Summary of Pleading - 1

1. Defendant Anthony Mark Hartman, PPCN II, LLC is not a minor or incompetent person or in the military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said defendant has not appeared in this action.

3. Notice of this application for default judgment by court was mailed by certified mail, to said defendant on Friday June 2nd, 2023.

4. Plaintiffs are entitled to judgment against said defendant on account of the claims pleaded in the complaint, which resulted in the economic damages we sustained from Mr. Hartman's scheme to defraud us with a bogus Promissory Note, which defendant knew was worthless from the onset of the investment; a Promissory Note he clearly had no intentions of honoring.

5. The amount of judgment sought is the sum of $3,487,844.

This Application is based on this Notice, the attached declaration of James and Elizabeth Console, and the pleadings, files and other matters that may be presented at the hearing.

Respectably Submitted by,

*James Console*   *Elizabeth Console*

James and Elizabeth Console, Pro Se                          June 2nd, 2023