

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James and Elizabeth Console Family<br><br>Plaintiff,<br>V.<br><br>Anthony Mark Hartman; Private Placement Capital Notes, II, LLC<br><br>Defendant. | Civil Action No.  22CV1237-DMS-VET<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' motion for default judgment is granted. Judgment is entered against Defendants in the amount of $3,487,688.00.

Date:        3/11/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen
                                        J. Petersen, Deputy